**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN F. KENNEDY, SR.,**

        **Plaintiff,**

**-vs-**        Case No. **6:05-cv-1662-Orl-22DAB**

**RCP, LLC, and PINEHURST ASSOCIATES, LTD**
**d/b/a Pinehurst Park Apartments;**
        **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT (Doc. No. 71)** |
| **FILED:** | **April 27, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL ATTENDANCE AT MEETING OR FOR STATUS CONFERENCE (Doc. No. 69)** |
| **FILED:** | **April 16, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

It appears that, whether due to injury or otherwise, Plaintiff has not met his responsibilities of prosecuting this action in a timely fashion. As the parties are discussing settlement and Plaintiff is now in touch with defense counsel, the parties shall have until **May 10, 2007** to either file a

completed Joint Final Pretrial Statement or a Notice of Settlement in this matter. Plaintiff is **advised** that he may either settle this matter or be fully prepared to go forward to trial, but either decision and the resulting filing must be completed by no later than May 10, 2007. Failure to timely comply with the terms of this Order shall result in a recommendation that the case be **dismissed** for failure to prosecute, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties